CR 12 (Rev. 82)

# WARRANT FOR ARREST

AUSA Corey Steinberg

| UNITED STATES DISTRICT COURT | DISTRICT<br>**Southern District of Florida** | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**STEVE ROUSSEAU** | DOCKET NO. | MAGISTRATE CASE NO.<br><br>**04-31-FJL** |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>**NAME: STEVE ROUSSEAU**<br>DOB: 08-26-1972    SSN: 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<br>ADDRESS: 4125 Bougainvilla St., West Palm Beach FL<br>HEIGHT:           WEIGHT: | |
| WARRANT ISSUED ON THE BASES OF:   ☐ Order of Court<br>_ INDICTMENT   ☐ Information   **X COMPLAINT** | HAIR: Black           EYES: Brown<br>RACE: Black           SEX: Male<br>CUSTODY:<br>BOOKING NO.<br>AGENCY: FDLE - Special Agent Richard Piccininni | |
| TO:  **U.S. MARSHALS SERVICE OR**<br>      **ANY OTHER AUTHORIZED FEDERAL AGENCY.** | DISTRICT OF ARREST<br>SDFL | |
| | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

*Conspiracy to possess with intent to distribute cocaine.*

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>**21** | SECTION<br>**846** |
|---|---|---|
| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>**FRANK J. LYNCH, Jr.**<br>**UNITED STATES MAGISTRATE JUDGE** | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE<br>5/13/04 |
| CLERK OF COURT<br>**CLARENCE MADDOX** | (BY) DEPUTY CLERK<br>RETURN | DATE ISSUED<br>5/13/04 |

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

United States Judge or Judge of a State Court of Record