# COURT MINUTES

## U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

FORT PIERCE COURTHOUSE: Courtroom #108

DEFT: STEVE ROUSSEAU (J), Present          CASE NO: 04-31-FJL

AUSA: Corey Steinberg, Present          ATTORNEY: Catherine Mazzuello (Temp), Present

AGENT: Richard Piccininni, FDLE          VIOL: 21:846 Consp PWID cocaine

PROCEEDING: Initial Appearance          BOND REC: PTD          SET:

DISPOSITION:

- Deft present w/atty Cathy Mazzuello
- Sworn & advised of charges
- Court grants b's ore tenus motion for add'l time to retain cnsl
- Govt recomm PTD & req 3 days
- Court sets PTD hrg for Tues, 6/01/04 @ 9:30 A.M. & ordered deft temp detained as risk of flight & danger to community

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 6/03/04 | 1:30 p.m. | FJL | FTP |
| PTD HEARING: | 6/01/04 | 9:30 A.M. | FJL | FTP |
| PRELIM/ARRAIGN: | 6/03/04 | 1:30 p.m. | FJL | FTP |

STATUS CONFERENCE:

DATE: 5/25/04     TIME: 9:30 A.M.     TAPE # 04-18-FJL @ 1445