# COURT MINUTES

## U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

FORT PIERCE COURTHOUSE: Courtroom #108

DEFT: STEVE ROUSSEAU (J), present     CASE NO: 04-31-FJL
AUSA: Corey Steinberg, present     ATTORNEY: Richard Springer (RETAIN), present ~~Catherine Mazzula (Temp)~~
AGENT: Richard Piccininni, FDLE     VIOL: 21:846 Consp PWID cocaine
PROCEEDING: Detention Hearing present     BOND REC: PTD     SET:
DISPOSITION:

- Deft present w/atty Richard Springer
- Detention hrng held
- Govt begins by proffer
- Richard Piccininni, FDLE sworn & testimony taken by D's csls Voluck (co-D) & Springer
- Court ordered D detained as danger to community (written order to follow)

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 6/01/04     TIME: 9:30 A.M.     TAPE # 04-20-FJL  @ 393